## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR457 |
| vs. | ) | |
| | ) | ORDER |
| DESHAWN HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on defendant's MOTION TO CONTINUE PRETRIAL MOTION DEADLINE [140]. Upon review of the file, the court finds that an extension of approximately 15 days should be granted. Pretrial Motions shall be filed by March 3, 2010.

**IT IS ORDERED:**

1. Defendant's MOTION TO CONTINUE PRETRIAL MOTION DEADLINE [140] is granted Pretrial motions shall be filed on or before **March 3, 2010.**

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between February 16, 2010 and March 3, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of February, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**