IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| DESHAWN HERNANDEZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court for order an authorizing interim payment for paralegal services. Because of the duration of this case and the anticipated hardship in undertaking representation for such a period without compensation, pursuant to Paragraph 2.30A of the Guidelines of the Administration of the Criminal Justice Act, the Court will authorize interim payment for paralegal services. Accordingly,

IT IS ORDERED:

1) All interim vouchers shall be supported by detailed and itemized time and expense statements in accordance with Chapter II, Part C of the Guidelines for the Administration of the Criminal Justice Act.

2) Interim vouchers for paralegal services will be reviewed, and compensation will be paid for 80 per cent of the approved number of hours. Payment of all reimbursable expenses will be authorized.

3) At the conclusion of the representation, a final voucher shall be submitted seeking payment of the 20 per cent balance withheld from the earlier interim voucher(s), as well as payment for services provided during the final interim period. The final voucher shall set forth in detail the time and expenses claimed for the entire case, including all appropriate documentation. All compensation and reimbursement previously received on the appropriate line of the final voucher shall be shown, as well as the net amount remaining to be paid at the conclusion of the case. The final voucher will be submitted to the Chief Judge of the United States Court of Appeals for the Eighth Circuit for his review and approval.

DATED this 30th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

APPROVED AS TO FORM AND CONTENT:

/s/ William Jay Riley

WILLIAM JAY RILEY, Chief Judge
United States Court of Appeals
   for the Eighth Circuit

DATED: March 30, 2011