IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )          8:09CR457
                               )
           v.                  )
                               )
DESHAWN HERNANDEZ,             )             ORDER
                               )
                Defendant.     )
_____)


        This matter is before the Court on the application of
Billy Roy Tyler to proceed in district court without prepaying
fees or costs (Filing No. 697).  The application is now moot and
will be denied.  Accordingly,

        IT IS ORDERED that the application of Billy Roy Tyler
to proceed in district court without prepaying fees or costs is
denied as moot.

        DATED this 11th day of April, 2011.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court