## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09cr457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION FOR RELEASE PENDING |
| | ) | SENTENCING |
| DESHAWN HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Deshawn Hernandez, and moves for an Order of this Court releasing her from custody until her sentencing scheduled for July 28, 2011.  In support thereof, the Defendant shows to the Court that after a year of detention she was released pending trial to parent her three small children.  That during the period of pretrial release she has abided by all terms thereof.  Ms. Hernandez does not represent a flight risk and can use the time to care for her three daughters and secure a place for them to reside and be cared for during her expected incarceration.  Her criminal history is minimal.

DESHAWN HERNANDEZ, Defendant

BY:  ___s/ D. C. Bradford  III_____
D. C. Bradford III #10402
BRADFORD & COENEN LLC
1620 Dodge Street, Suite 1800
Omaha, NE   68102-1505
(402) 342-4200

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2011, I electronically filed the foregoing PLEADING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Susan T. Lehr and Robert C. Sigler, Assistant U.S. Attorneys and Michael A. Nelsen, Attorney for Sara Jarrett and by regular U.S. mail to Shannon Williams, CJ-Pottawattamie, Pottawattamie County Jail, 1400 Big Lake Road, Council Bluffs, IA  51501.

_s/ D. C. Bradford  III_____

78834

–1–