IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DESHAWN HERNANDEZ and SARA JARRETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motions for release pending sentencing (Filing Nos. 832 and 843). Plaintiff shall file a response to said motions. Accordingly,

IT IS ORDERED that the plaintiff shall file a response to the respective motions of DeShawn Hernandez and Sara Jarrett on or before **May 9, 2011.**

DATED this 2nd day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court