```
IN THE UNITED STATES DISTRICT COURT FOR THE

                DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )         8:09CR457
                            )
     v.                     )
                            )
DESHAWN HERNANDEZ,          )         ORDER
                            )
          Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to withdraw motion for release pending sentencing (Filing No. 869). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to withdraw motion for release pending sentence, without prejudice to her ability to refile same at a later date, is granted. The motion (Filing No. 843) is deemed withdrawn.

DATED this 11th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court