IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DESHAWN HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to vacate sentence and conviction pursuant to § 2255 (Filing No. 1288). The Court finds plaintiff should respond to the motion, which response shall include an affidavit from defendant's counsel, D. C. Bradford, III. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's § 2255 motion on or before September 10, 2012, which response shall include an affidavit from defendant's counsel.

DATED this 14th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court