IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DESHAWN HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion
for permission to restrict (Filing No. 1292), and motion to
dismiss and request for restriction (Filing No. 1293).  The Court
has reviewed the motions and the accompanying affidavit and finds
both motions should be granted.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for permission to restrict is
granted.

2) Defendant's motion to dismiss and request for
restriction is granted.  The motion filed pursuant to 28 U.S.C.
§ 2255 to vacate sentence and conviction (Filing No. 1288) is
dismissed.

DATED this 29th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court