IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| DESHAWN HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to file sealed documents (Filing No. 1357). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to file sealed documents is granted. Filing Nos. 1358 and 1359 shall remain sealed pending further order of the Court.

DATED this 3rd day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court